# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HENRY JAMES,<br><br>        Plaintiff,<br><br>   v.<br><br>FPI MANAGEMENT INC., et al.,<br><br>        Defendants. | CASE NO. 2:18-cv-00998-RSM<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Ricardo S. Martinez.

DATED this 9th day of July, 2018.

                                                  BRIAN A. TSUCHIDA
                                                  Chief United States Magistrate Judge