UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY JAMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FPI MANAGEMENT, INC., et al.,<br><br>　　　　Defendants. | CASE NO. C18-998 RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT |

This matter comes before the Court on Plaintiff's Motion for Extension of Time to Serve Summons and Complaint. Dkt. #31. For the reasons below, the Court grants the Motion.

The action was filed on July 9, 2018, requiring service by October 8, 2018. Dkt. #5; Fed. R. Civ. P. 4(m). In his Motion, Plaintiff indicates that he attempted to serve Defendants Brannden Francisco, Michael Chin, and Patricia Lally on September 10 and 11, 2018. Dkt. #31. On November 29, 2018, Plaintiff filed a Motion for Default Judgment as to Defendants Chin and Lally. Dkt. #29. The Court struck that motion as procedurally improper and noted that Plaintiff had not provided proof of proper service as to Defendants Chin and Lally. Dkt. #30. Plaintiff then filed this Motion seeking an extension to allow proper service on Defendants. Dkt. #31.

Federal Rule of Civil Procedure 4 requires that a defendant must be served "within 90 days after the complaint is filed . . . . But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

ORDER – 1

Here, Plaintiff's Motion does not demonstrate continued efforts to serve Defendants past the initial attempts on September 10 and 11, 2018. However, Plaintiff is proceeding *pro se* and is afforded considerable leeway in establishing good cause. *See McGuckin v. Smith*, 974 F.2d 1050, 1058 (9th Cir. 1992), *overruled on other grounds by WMX Technologies, Inc. v. Miller*, 104 F.3d 1133 (9th Cir. 1997) (en banc). Further, the procedural posture of the case makes clear that Plaintiff was unaware that service was deficient and timely filed this Motion upon being alerted to the issue.

Accordingly, the Court finds and ORDERS that:

1. Good cause exists for an extension of time for service of process.
2. Plaintiff's Motion for Extension of Time to Serve Summons and Complaint (Dkt. #31) is GRANTED.
3. Plaintiff shall have an additional 90 days from the date of this Order to properly serve Defendants.

DATED this 2nd day of January 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2