```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
```

| HENRY JAMES, | CASE NO. C18-998RSM |
|---|---|
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR LEAVE TO FILE/SERVE A SUPPLEMENTAL COMPLAINT |
| FPI MANAGEMENT, INC., et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's second Motion for Leave to File/Serve a Supplemental Complaint. Dkt. #34. The Court previously denied Plaintiff leave to file a supplemental complaint due to procedural errors. Dkt. #32. Plaintiff's Motion is once again opposed (Dkt. #35) and fails for the same reasons previously articulated by the Court (Dkt. #32). Plaintiff's Motion is therefore denied.

Plaintiff's Complaint alleges that the company managing his apartment complex discriminated against him and that various employees have continued to discriminate against him. Dkt. #5. Plaintiff also alleges that certain City of Seattle and/or Seattle Housing Authority employees failed to act on his complaints and did not adequately assist him. *Id.*

Plaintiff's current filing—just as his previous motion—alleges that he has continued to face retaliation from employees of his management company since filing his Complaint. Dkt. #34 at 3–6. Plaintiff further alleges that the Seattle Housing Authority and its employees have

ORDER – 1

aided his management company's retaliation and have frustrated Plaintiff's efforts to serve his lawsuit on several Seattle Housing Authority employees. *Id.* at 6–7. Plaintiff seeks to join several individual defendants involved with these negative interactions occurring after he filed his Complaint. *Id.* at 3–7. The only substantive differences between Plaintiff's two motions appears to be the addition of more argument in support of the Court granting him leave to file a supplemental complaint and the addition of allegations related to interactions occurring in early December 2018. *Compare* Dkt. #24 *with* Dkt. #34.

As with Plaintiff's previous motion, Plaintiff does not attach a copy of the proposed supplemental complaint he hopes to file. The first page of Plaintiff's filing is captioned as a "Motion for Leave to File/Serve a Supplemental Complaint" and properly seeks leave from the Court to file a supplemental complaint. Dkt. #34 at 1. Plaintiff indicates that he attaches "a proposed Supplemental Complaint"—presumably the following eight pages. *Id.* at 2–9. But, these eight pages are not in a form acceptable for filing. *Id.* at 2. The eight pages also confusingly include argument as to why the Court should grant Plaintiff leave to file a supplemental complaint. *Id.* These arguments should be included in Plaintiff's Motion (page 1) so that it is absolutely clear what allegations Plaintiff seeks to add to his Complaint.

To be explicit, if Plaintiff wishes to file a supplemental complaint, the Court directs him to file (1) a Motion for Leave to File a Supplemental Complaint containing all arguments for why the Court should grant him leave to file a supplemental complaint, and (2) a copy of the supplemental complaint he wishes to file. The copy of the supplemental complaint should be captioned as a "Supplemental Complaint" and should include only the additional allegations, legal claims, and relief that Plaintiff wishes to add to the allegations, legal claims, and relief

ORDER – 2

included in his original Complaint.  This may allow Defendants and the Court to consider the merits of the motion.[1]

Accordingly, having considered the briefing and the relevant record, the Court hereby finds and ORDERS that Plaintiff's Motion for Leave to File/Serve a Supplemental Complaint (Dkt. #24) is DENIED.  Nothing in this Order precludes Plaintiff from refiling with (1) a Motion for Leave to File a Supplemental Complaint with (2) a copy of the Supplemental Complaint as it will be filed should the Court grant leave to file it.

The Clerk shall send a copy of this Order via U.S. Mail.

DATED this 12 day of March, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court again reiterates its strong preference that Plaintiff instead seek leave to file an amended complaint (and attach a copy of the amended complaint he seeks to file) so that the amended complaint can wholly replace the Complaint and so that all the allegations, legal claims, and relief sought in this lawsuit are contained in a single document.

ORDER – 3