UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

HENRY JAMES,

        Plaintiff,

        vs.

FPI MANAGEMENT, INC., *et al.*,

        Defendants.

No. C18-998 RSM

ORDER GRANTING DEFENDANT
HAGER'S MOTION FOR
WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

        THIS MATTER having come before the Court on Defendant Cindy Hager's Motion for Withdrawal and Substitution of Counsel, and the Court having considered the arguments of counsel and reviewed the records and files herein, including:

        1.     Defendant Hager's Motion for Withdrawal and Substitution of Counsel;

        2.     Declaration of William W. Simmons in Support of Defendant Hager's Motion for Withdrawal and Substitution of Counsel;

and deeming itself fully advised in the premises, now, therefore,

        IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendant Hager's Motion for Withdrawal and Substitution of Counsel is GRANTED.

        IT IS FURTHER ORDERED that William W. Simmons has leave of the court to file a

ORDER

Notice of Withdrawal of Counsel as to Defendant Cindy Hager only.

DATED this 24th day of October 2029.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**Martens + Associates | P.S.**
By: /s/ *Richard L. Martens*
Richard L. Martens, WSBA #4737
Attorneys for Defendant Cindy Hager
Email: rmartens@martenslegal.com